IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| COREY SIPKIN, | ) | CASE NO. 1:23-CV-34 |
| | ) | |
| PLAINTIFF, | ) | JUDGE JAMES S. GWIN |
| v. | ) | |
| | ) | ORDER |
| DSF KARMA, LLC, | ) | |
| | ) | |
| DEFENDANT. | ) | |

Upon representation of counsel and parties that the above-captioned case has been settled between the parties, IT IS ORDERED that the docket be marked, "settled and dismissed with prejudice."

Parties are to file any subsequent order setting forth different terms and conditions relative to the settlement and dismissal of the within action as directed. Any such order shall supersede this order.

FURTHER, the Court retains continuing jurisdiction to resolve disputes concerning the memorialization of this settlement agreement.  See *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).


Dated:  March 23, 2023                    s/  James S. Gwin
                                          JAMES S. GWIN
                                          UNITED STATES DISTRICT JUDGE